Ryan P. McDaniel, Esquire
FREEBURN & HAMILTON, PC
ID No. 311942
3901 North Front Street
Harrisburg, PA 17110
(717) 777-7777
Ryan@freeburnlaw.com                          Attorney for Plaintiff


## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID CLARK, | : | NO.  4:26-cv-00519-MWB |
| | : | |
| Plaintiff | : | Hon. Matthew W. Brann |
| v. | : | |
| | : | |
| HALLIBURTON ENERGY | : | CIVIL ACTION – LAW |
| SERVICES INC.   d/b/a | : | JURY TRIAL DEMANDED |
| HALLIBURTON | : | |
| | : | |
| And | : | |
| | : | |
| REGINALD GRANDIN, | : | |
| Defendants | : | *FILED ELECTRONICALLY* |

### AFFIDAVIT OF SERVICE

I, Ryan P. McDaniel, Esquire, do hereby certify, subject to penalties of 18 Pa.
C.S. § 4904 relating to unsworn falsification to authorities, that a true and correct
copy of the following document: Plaintiff's Complaint, Notice of Lawsuit and Summons
filed of record in this matter, was served by Certified Mail as verified by the Certified
Mail Receipt attached hereto on Defendant, Halliburton Energy Services Inc. d/b/a
Halliburton.

Respectfully Submitted,


**FREEBURN & HAMILTON, PC**


By:   */s/ Ryan P. McDaniel*

Ryan P. McDaniel, Esquire
I.D. No. 311942
3901 N. Front Street
Harrisburg  PA   17110
(717) 777-7777
Date:  March 23, 2026                         Counsel for Plaintiff



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Halliburton Energy Serves
3000 N. Sam Haston Plwy E
Haston Tx 77032

9590 9402 9522 5069 0194 35

2. Article Number (Transfer from service label)

1585 0710 5270 3432 2310 32

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
GREG FOWLER                      03-09-26

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 9522 5069 0194 35

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**Freeburn Law**
PO Box 61680
Harrisburg, PA 17106

Clark