**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID CLARK,<br><br>Plaintiff,<br><br>v.<br><br>HALLIBURTON ENERGY SERVICES INC. d/b/a HALLIBURTON and REGINALD GRANDIN,<br><br>Defendants. | No. 4:26-CV-00519<br><br>(Chief Judge Brann) |

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on 8/27/26 __________, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

__X__ All individual parties and their counsel.

__X__ Designated corporate representatives.

______ Required claims professionals.

______ Other (Describe). ________________________________________

________________________________________________________

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

________________________________________________________

________________________________________________________

________________________________________________________

(c) The outcome of the mediation conference was:

X **The case has been completely settled.**

_____ **The case has been partially resolved.** Counsel have been instructed to file with the court, a joint stipulation regarding those claims which have been resolved within ten (10) days of this report. The following issues remain for this court to resolve: ____________________________________________

____________________________________________

____________________________________________

_____ **The parties have reached an impasse.**

**Done this** 4th **day of** September**, 2026.**

Signature of Mediator 

Name of Mediator Mark S. Weaver

Phone 814-237-6255